Jabbar J. STRAWS, a/k/a Jabbar Jomo Straws, Plaintiff–Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; William R. Byars, Jr., Director of the South Carolina Department of Corrections, in his individual capacity, Defendants–Appellees.

No. 15–6501.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 27, 2015.

Decided: Sept. 1, 2015.

Jabbar Jomo Straws, Appellant Pro Se. Daniel C. Plyler, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before GREGORY and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jabbar J. Straws appeals the district court's order accepting the recommendation of the magistrate judge, granting summary judgment to defendants and dismissing without prejudice this action filed under 42 U.S.C. § 1983 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea-

sons stated by the district court. *Straws v. South Carolina Dep't of Corr.*, No. 5:13-cv-01802-BHH, 2015 WL 1520271 (D.S.C. Mar. 31, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*